Jennifer K. Brizee (ISB #5070)
Email: jbrizee@tbclaw.net
Casey J. Hemmer (ISB #7224)
Email:  chemmer@tbclaw.net
TOLMAN BRIZEE & CANNON, P.C.
132 3rd Avenue East
P.O. Box 1276
Twin Falls, Idaho  83303-1276
Telephone:  (208) 733-5566
Facsimile:  (208) 733-5444

Attorney for Defendants Beverly Lammers, Gilean Goodman, Lora Roberts, Tia Conrad,
Thomas Burbie, and Ivy Medical, PLLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GARY SHAW,<br><br>       Plaintiff,<br><br>vs.<br><br>TWIN FALLS COUNTY; TWIN FALLS COUNTY SHERIFF'S DEPARTMENT; TWIN FALLS COUNTY JAIL; SHERIFF TOM CARTER, in his official and individual capacity; RONA SIEGERT in her official and individual capacity; BEVERLY LAMMERS in her official and individual capacity; GILEAN GOODMAN in her official and individual capacity; LORA ROBERTS in her official and individual capacity; TIA CONRAD in her official and individual capacity; THOMAS BURBIE in his official and individual capacity; CORPORAL HALL in his official and individual capacity; IVY MEDICAL PLLC; and JOHN and JANE DOES I-XX, in their official and individual capacities,<br><br>       Defendants. | Case No. 1:20-cv-00580-SAB<br><br>**DEFENDANTS BEVERLY LAMMERS', GILEAN GOODMAN'S, LORA ROBERTS', TIA CONRAD'S, THOMAS BURBIE'S AND IVY MEDICAL, PLLC'S ANSWER TO COMPLAINT AND JURY DEMAND** |

COME NOW Defendants Beverly Lammers, Gilean Goodman, Lora Roberts, Tia Conrad, Thomas Burbie, and Ivy Medical, PLLC (collectively, "Defendants"), by and through their counsel of record, Jennifer K. Brizee of Tolman Brizee & Cannon, P.C., and in answer to Plaintiff's Complaint and Jury Demand ("Complaint"), admit, deny, and allege as follows:

## INTRODUCTION

The following defenses are not stated separately as to each claim for relief or allegation of the Plaintiff.  Nevertheless, the following defenses are applicable, where appropriate, to any and all of Plaintiff's claims for relief.  These answering Defendants, in asserting the following defenses, do not admit that the burden of proving the allegations or denials contained in the defenses are upon Defendants, but, to the contrary, asserts that by reason of said denials, and by reason of relevant statutory and judicial authority, the burden of proving the facts relevant to many of the defenses and the burden of proving the inverse of the allegations contained in many of the defenses is upon the Plaintiff.  Moreover, Defendants do not admit, in asserting any defense, any responsibility or liability on their part but, to the contrary, specifically deny any and all allegations of responsibility and liability contained in Plaintiff's Complaint.

Plaintiff has included a preliminary statement within his Complaint and Jury Demand, which contains numerous statements and allegations, which could be interpreted to require a response from these Defendants.  As such, Defendants deny all such statements and allegations contained therein.

## FIRST DEFENSE

### I.

Plaintiff's Complaint fails to state a claim upon which relief can be granted and as such, should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

## SECOND DEFENSE

### II.

These answering Defendants expressly reserve, in addition to the defenses set forth below, all defenses provided for or authorized by Fed. R. Civ. P. 12 and all other defenses provided by law.

## THIRD DEFENSE

### III.

Defendants deny each and every allegation and/or paragraph, including, where applicable, all parts thereof, contained in Plaintiff's Complaint unless specifically admitted herein.

### IV.

In answering paragraph 8 of Plaintiff's Complaint, Defendants are without sufficient information, knowledge, and/or belief with which to admit the allegations and as such, deny the same on that basis.

### V.

In answering the allegations contained in paragraph 9 of Plaintiff's Complaint, upon information and belief, Defendants believe that Plaintiff was a pre-trial detainee at the Twin Falls County Jail, located in Twin Falls, Idaho, from December 26, 2018, until May 20, 2019.

**VI.**

The allegations contained in paragraph 10 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required. In the event an answer is required to these allegations, Defendants are without sufficient information, knowledge, and/or belief with which to admit the allegations and as such, deny the same on that basis.

**VII.**

The allegations contained in paragraph 11 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required. In the event an answer is required to these allegations, Defendants are without sufficient information, knowledge, and/or belief with which to admit the allegations and as such, deny the same on that basis.

**VIII.**

The allegations contained in paragraph 12 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required. In the event an answer is required to these allegations, Defendants are without sufficient information, knowledge, and/or belief with which to admit the allegations and as such, deny the same on that basis.

**IX.**

The allegations contained in paragraph 13 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required. In the event an answer is required to these allegations, Defendants are without

sufficient information, knowledge, and/or belief with which to admit the allegations and as such, deny the same on that basis.

## X.

In answering the allegations contained in paragraph 14 of Plaintiff's Complaint, Defendants admit only that Defendant Ivy Medical, PLLC, is a corporation organized under the laws of the State of Idaho and that Defendant Ivy Medical, PLLC, provides some health services for Twin Falls County Jail.   All remaining allegations and/or inferences are denied.

## XI.

In answering the allegations contained in paragraph 15 of Plaintiff's Complaint, Defendants admit only that at, all times relevant to this lawsuit, Defendant Beverly Lammers was a nurse practitioner and provided some healthcare services at the Twin Falls County Jail.

## XII.

In answering the allegations contained in paragraph 16 of Plaintiff's Complaint, Defendants admit only that at, all times relevant to this lawsuit, Defendant Gilean Goodman was a nurse and provided some healthcare services at the Twin Falls County Jail. All remaining allegations and/or inferences are denied.

## XIII.

In answering the allegations contained in paragraph 17 of Plaintiff's Complaint, Defendants admit only that at, all times relevant to this lawsuit, Defendant Lora Roberts was a nurse practitioner and provided some healthcare services at the Twin Falls County Jail.  All remaining allegations and/or inferences are denied.

**XIV.**

In answering the allegations contained in paragraph 18 of Plaintiff's Complaint, Defendants admit only that at, all times relevant to this lawsuit, Defendant Tia Conrad was a registered nurse and provided some healthcare services at the Twin Falls County Jail. All remaining allegations and/or inferences are denied.

**XV.**

In answering the allegations contained in paragraph 19 of Plaintiff's Complaint, Defendants admit only that at, all times relevant to this lawsuit, Defendant Thomas Burbie was a registered nurse and provided some healthcare services at the Twin Falls County Jail. All remaining allegations and/or inferences are denied.

**XVI.**

The allegations contained in paragraph 20 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required. In the event an answer is required to these allegations, Defendants are without sufficient information, knowledge, and/or belief with which to admit the allegations and as such, deny the same on that basis.

**XVII.**

The allegations contained in paragraph 21 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required. In the event an answer is required to these allegations, Defendants are without sufficient information, knowledge, and/or belief with which to admit the allegations and as such, deny the same on that basis.

**XVIII.**

The allegations contained in paragraph 22 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required. In the event an answer is required to these allegations, Defendants are without sufficient information, knowledge, and/or belief with which to admit the allegations and as such, deny the same on that basis.

**XIX.**

In answering paragraph 23 of Plaintiff's Complaint, upon information and belief, Defendants believe Gary Shaw was booked into the Twin Falls County Jail on or about December 26, 2018.

**XX.**

In answering paragraph 24 of Plaintiff's Complaint, upon information and belief, Defendants believe that Gary Shaw was a pretrial detainee from December 26, 2018, until May 20, 2019.

**XXI.**

The allegations contained in paragraph 25 of Plaintiff's Complaint call for a legal conclusion and as such, no answer is required.

**XXII.**

In answering paragraph 26 of Plaintiff's Complaint, Defendants state the medical records speak for themselves.  All remaining allegations and/or inferences are denied.

## XXIII.

In answering paragraph 27 of Plaintiff's Complaint, Defendants admit Gary Shaw reported prior abdominal surgeries, including hernia surgeries, to Ms. Lammers. Defendants further state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

## XIV.

In answering paragraph 28 of Plaintiff's Complaint, Defendants admit only that Ms. Lammers recorded observation of a long mid-line abdominal scar on Gary Shaw. Defendants further state the medical records speak for themselves.   All remaining allegations and/or inferences are denied.

## XV.

In answering paragraph 29 of Plaintiff's Complaint, Defendants state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

## XVI.

In answering paragraph 30 of Plaintiff's Complaint, Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.

## XVII.

Insofar as the allegations contained in paragraph 33 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the

allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## XVIII.

In answering paragraph 37 of Plaintiff's Complaint, Defendants state the medical records speak for themselves.  All remaining allegations and/or inferences are denied.

## XXIX.

In answering paragraph 38 of Plaintiff's Complaint, Defendants state the medical records speak for themselves.  All remaining allegations and/or inferences are denied.

## XXX.

In answering paragraph 39 of Plaintiff's Complaint, Defendants state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

## XXXI.

In answering paragraph 46 of Plaintiff's Complaint, Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.

## XXXII.

Insofar as the allegations contained in paragraph 49 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, regarding allegations directed to other Defendants, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

**XXXIII.**

Insofar as the allegations contained in paragraph 50 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

**XXXIV.**

In answering paragraph 52 of Plaintiff's Complaint, Defendants state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

**XXXV.**

Insofar as the allegations contained in paragraph 53 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required.  In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

**XXXVI.**

Insofar as the allegations contained in paragraph 54 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, regarding these allegations to other Defendants, these answering Defendants are without sufficient knowledge,

information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

## XXXVII.

In answering paragraph 60 of Plaintiff's Complaint, Defendants state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

## XXXVIII.

The allegations contained in paragraph 62 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.

## XXXIX.

Insofar as the allegations contained in paragraph 63 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, regarding these allegations related to other Defendants, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied. Defendants further state the medical records speak for themselves.

## XL.

Insofar as the allegations contained in paragraph 64 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are

without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

### XLI.

In answering paragraph 65 of Plaintiff's Complaint, Defendants state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

### XLII.

In answering paragraph 67 of Plaintiff's Complaint, Defendants state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

### XLIII.

In answering paragraph 68 of Plaintiff's Complaint, Defendants state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

### XLIV.

The allegations contained in paragraph 70 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.

### XLV.

In answering paragraph 71 of Plaintiff's Complaint, Defendants state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

## XLVI.

In answering paragraph 72 of Plaintiff's Complaint, Defendants state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

## XLVII.

The allegations contained in paragraph 73 are directed to individuals other than these answering Defendants and as such, no answer is required.  In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  Defendants further state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

## XLVIII.

In answering paragraph 76 of Plaintiff's Complaint, Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  Defendants further state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

## XLVIX.

In answering paragraph 77 of Plaintiff's Complaint, Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  Defendants further state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

## L.

In answering paragraph 78 of Plaintiff's Complaint, Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and

as such, deny the same on that basis.  Defendants further state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

**LI.**

In answering paragraph 79 of Plaintiff's Complaint, Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  Defendants further state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

**LII.**

Insofar as the allegations contained in paragraph 80 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, regarding these allegations these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

**LIII.**

Insofar as the allegations contained in paragraph 82 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

**LIV.**

Insofar as the allegations contained in paragraph 83 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.   In so much as this paragraph contains legal conclusions, Defendants are not required to respond to the same.

**LV.**

Insofar as the allegations contained in paragraph 84 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied. In so much as this paragraph contains legal conclusions, Defendants are not required to respond to the same.

**LVI.**

Insofar as the allegations contained in paragraph 85 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## LVII.

Insofar as the allegations contained in paragraph 86 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## LVIII.

Insofar as the allegations contained in paragraph 87 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## LVIX.

Insofar as the allegations contained in paragraph 88 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

**LX.**

Insofar as the allegations contained in paragraph 89 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

**LXI.**

The allegations contained in paragraph 90 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.

**LXII.**

Insofar as the allegations contained in paragraph 91 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

**LXIII.**

Insofar as the allegations contained in paragraph 92 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required.

In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### LXIV.

Insofar as the allegations contained in paragraph 93 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  To the extent the allegations in this paragraph require a legal conclusion, the same does not require an answer. All remaining allegations and/or inferences are denied.

### LXV.

Insofar as the allegations contained in paragraph 94 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### LXVI.

Insofar as the allegations contained in paragraph 95 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are

without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### LXVII.

Insofar as the allegations contained in paragraph 96 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### LXVIII.

Insofar as the allegations contained in paragraph 97 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### LXIX.

Insofar as the allegations contained in paragraph 98 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the

allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## LXX.

Insofar as the allegations contained in paragraph 99 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## LXXI.

The allegations contained in paragraph 100 of Plaintiff's Complaint constitute reallegations of previous paragraphs and as such, Defendants reallege their answers to said allegations as if fully set forth herein.

## LXXII.

The allegations contained in paragraph 101 of Plaintiff's Complaint call for a legal conclusion and as such, no answer is required.

## LXXIII.

Insofar as the allegations contained in paragraph 102 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## LXXIV.

The allegations contained in paragraph 103 of Plaintiff's Complaint call for a legal conclusion and as such, no answer is required.  If these allegations require an answer, then they are denied.

## LXXV.

Insofar as the allegations contained in paragraph 104 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## LXXVI.

Insofar as the allegations contained in paragraph 105 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## LXXVII.

Insofar as the allegations contained in paragraph 106 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the

allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

## LXXVIII.

Insofar as the allegations contained in paragraph 107 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

## LXXIX.

Insofar as the allegations contained in paragraph 110 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

## LXXX.

Insofar as the allegations contained in paragraph 111 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

## LXXXI.

Insofar as the allegations contained in paragraph 112 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

## LXXXII.

Insofar as the allegations contained in paragraph 113 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

## LXXXIII.

Insofar as the allegations contained in paragraph 114 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

### LXXXIV.

Insofar as the allegations contained in paragraph 115 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### LXXXV.

Insofar as the allegations contained in paragraph 116 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### LXXXVI.

The allegations contained in paragraph 121 of Plaintiff's Complaint constitute reallegations of previous paragraphs and as such, Defendants reallege their answers to said allegations as if fully set forth herein.

### LXXXVII.

The allegations contained in paragraph 122 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required.  The allegations contained in paragraph 122 of Plaintiff's Complaint also call for a legal conclusion and as such, no answer is required.

**LXXXVIII.**

Insofar as the allegations contained in paragraph 123 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.   To the extent the allegations contained in paragraph 123 of Plaintiff's Complaint call for a legal conclusion, no answer is required.   All remaining allegations and/or inferences are denied.

**LXXXIX.**

Insofar as the allegations contained in paragraph 124 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.   All remaining allegations and/or inferences are denied.

**XC.**

Insofar as the allegations contained in paragraph 125 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.   All remaining allegations and/or inferences are denied.

### XCI.

Insofar as the allegations contained in paragraph 126 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### XCII.

Insofar as the allegations contained in paragraph 127 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### XCIII.

Insofar as the allegations contained in paragraph 128 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## XCIV.

The allegations contained in paragraph 129 of Plaintiff's Complaint call for a legal conclusion and as such, no answer is required.

## XCV.

The allegations contained in paragraph 132 of Plaintiff's Complaint constitute reallegations of previous paragraphs and as such, Defendants reallege their answers to said allegations as if fully set forth herein.

## XCVI.

Insofar as the allegations contained in paragraph 133 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

## XCVII.

Insofar as the allegations contained in paragraph 134 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. To the extent this paragraph contains legal conclusions, no answer is required. All remaining allegations and/or inferences are denied.

### XCVIII.

The allegations contained in paragraph 135 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required.  In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.

### XCIX.

The allegations contained in paragraph 136 of Plaintiff's Complaint are directed to defendants other than these answering Defendants and as such, no answer is required.  In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.

### C.

Insofar as the allegations contained in paragraph 137 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### CI.

Insofar as the allegations contained in paragraph 138 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are

without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## CII.

The allegations contained in paragraph 144 of Plaintiff's Complaint constitute reallegations of previous paragraphs and as such, Defendants reallege their answers to said allegations as if fully set forth herein.

## CIII.

Insofar as the allegations contained in paragraph 145 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## CIV.

Insofar as the allegations contained in paragraph 146 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  Defendants further state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

## CV.

In answering paragraph 147 of Plaintiff's Complaint, Defendants state the medical records speak for themselves. All remaining allegations and/or inferences are denied.

## CVI.

Insofar as the allegations contained in paragraph 149 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

## CVII.

Insofar as the allegations contained in paragraph 150 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

## CVIII.

Insofar as the allegations contained in paragraph 151 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the

allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### CIX.

Insofar as the allegations contained in paragraph 152 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### CX.

Insofar as the allegations contained in paragraph 153 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### CXI.

Insofar as the allegations contained in paragraph 154 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

**CXII.**

Insofar as the allegations contained in paragraph 155 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

**CXIII.**

The allegations contained in paragraph 157 of Plaintiff's Complaint constitute reallegations of previous paragraphs and as such, Defendants reallege their answers to said allegations as if fully set forth herein.

**CXIV.**

In answering paragraph 158 of Plaintiff's Complaint, Defendants admit only that Defendant Beverly Lammers had a duty to act according to the applicable local community standard of healthcare practice. All remaining allegations and/or inferences are denied.

**CXV.**

In answering paragraph 166 of Plaintiff's Complaint, Defendants admit only that, at all times relevant to this lawsuit, Defendant Beverly Lammers' care and treatment of Plaintiff was conducted within the scope of her employment with Defendant Ivy Medical, PLLC. All remaining allegations and/or inferences are denied.

## CXVI.

In answering paragraph 167 of Plaintiff's Complaint, Defendants admit only that, at all times relevant to this lawsuit, Defendant Beverly Lammers was an employee of Defendant Ivy Medical, PLLC.  All remaining allegations and/or inferences are denied.

## CXVII.

The allegations contained in paragraph 169 of Plaintiff's Complaint constitute reallegations of previous paragraphs and as such, Defendants reallege their answers to said allegations as if fully set forth herein.

## CXVIII.

Insofar as the allegations contained in paragraph 170 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

## CXIX.

Insofar as the allegations contained in paragraph 171 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

**CXX.**

Insofar as the allegations contained in paragraph 172 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

**CXXI.**

Insofar as the allegations contained in paragraph 173 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

**CXXII.**

Insofar as the allegations contained in paragraph 174 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

### CXXIII.

Insofar as the allegations contained in paragraph 175 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

### CXXIV.

Insofar as the allegations contained in paragraph 176 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

### CXXV.

Insofar as the allegations contained in paragraph 177 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

**CXXVI.**

Insofar as the allegations contained in paragraph 178 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

**CXXVII.**

Insofar as the allegations contained in paragraph 179 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

**CXXVIII.**

Insofar as the allegations contained in paragraph 180 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis. All remaining allegations and/or inferences are denied.

### CXXIX

Insofar as the allegations contained in paragraph 181 of Plaintiff's Complaint are directed to defendants other than these answering Defendants, no answer is required. In the event an answer is required to these allegations, these answering Defendants are without sufficient knowledge, information, and/or belief with which to admit the allegations and as such, deny the same on that basis.  All remaining allegations and/or inferences are denied.

### REQUEST FOR ATTORNEY'S FEES

Defendants Beverly Lammers, Gilean Goodman, Lora Roberts, Tia Conrad, Thomas Burbie, and Ivy Medical, PLLC, have been required to retain the services of an attorney in order to defend against Plaintiff's Complaint and Jury Demand and are entitled to reasonable attorney's fees and costs of suit pursuant to 42 U.S.C. § 1988; Rules 11 and 54 of the Federal Rules of Civil Procedure; Idaho Code §§ 6-918, 12-120 and 12-121; and other state and federal statutes and/or regulations which may be applicable.

### FIRST AFFIRMATIVE DEFENSE

The damages alleged to have been suffered by Plaintiff, if any, were caused by superseding and/or intervening causes for which these answering Defendants are not responsible.

### SECOND AFFIRMATIVE DEFENSE

The acts or omissions of Plaintiff and/or others constitute comparative negligence which, pursuant to Idaho Code § 6-801 and/or other applicable laws, bars or reduces Plaintiff's recovery, if any, against these answering Defendants.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff failed to take appropriate action to mitigate the alleged damages Plaintiff claimed to have sustained.

## FOURTH AFFIRMATIVE DEFENSE

These answering Defendants allege that the Plaintiff's damages, if any, were proximately caused by the superseding, intervening, negligence, omissions, fault or actions of other third persons or parties for which these answering Defendants are not responsible or had no control over, and that any negligence or breach of duty on the part of these answering Defendants if any, was not a proximate cause of the alleged loss to the Plaintiff. In asserting this defense, these answering Defendants do not admit any negligence or breach of duty, and to the contrary, deny all allegations of negligence or breach of duty.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff was guilty of negligence and fault in connection with the occurrence alleged in the Complaint and Jury Demand, which proximately caused and contributed to the damages and loss complained of, if any, which negligence and fault bars, or pursuant to the doctrine of comparative negligence and comparative responsibility, reduces the recovery, if any, to which the Plaintiff might otherwise be entitled.

## SIXTH AFFIRMATIVE DEFENSE

If these answering Defendants have any liability to the Plaintiff, which liability these answering Defendants deny, any award made to the Plaintiff in this action is barred or must be reduced by the court, pursuant to Idaho Code §§ 6-1603, 6-1604 and 6-1606.

### SEVENTH AFFIRMATIVE DEFENSE

Waiver, estoppel, and/or laches may be applicable to bar the present cause of action, in whole or in part.

### EIGHTH AFFIRMATIVE DEFENSE

All services and work performed by these answering Defendants were performed only after Plaintiff gave informed consent to having said services rendered after being fully advised of the nature and extent of all treatment to be performed upon Plaintiff.

### NINTH AFFIRMATIVE DEFENSE

These answering Defendants complied with the applicable local community standard of healthcare practice at the time and under the circumstances that the care was rendered.

### TENTH AFFIRMATIVE DEFENSE

These answering Defendants allege that some or all of the injuries claimed by Plaintiff pre-existed the incident alleged in the complaint, or were the progression thereof, and were the result of medical factors and conditions, or other emotional or mental disorders, not proximately caused by any action of these Defendants.

### ELEVENTH AFFIRMATIVE DEFENSE

The damages claimed by Plaintiff are a result of complications and/or known risks and are not a result of conduct, care or treatment furnished to Plaintiff by these answering Defendants.

### TWELTH AFFIRMATIVE DEFENSE

There is no causation or proximate causation between the Plaintiff's alleged damages and any alleged act or breach of duty by these answering Defendants.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust administrative remedies with respect to some or all of the claims asserted for which exhaustion is required under applicable law.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to allege a viable civil rights claim under applicable law, including, but not limited to, a failure to satisfy the pleading requirements for a civil rights complaint brought pursuant to 42 U.S.C. § 1983.

## FIFTEENTH AFFIRMATIVE DEFENSE

These Defendants are entitled to absolute and/or qualified immunity.

## SIXTEENTH AFFIRMATIVE DEFENSE

The allegations contained in Plaintiff's Complaint and Jury Demand do not constitute a deprivation of rights protected by the Constitution of the United States or other provisions of law referred to in Plaintiff's Complaint and Jury Demand.

## SEVENTEENTH AFFIRMATIVE DEFENSE

These answering Defendants' actions did not constitute deliberate, reckless, or callous indifference to Plaintiff's constitutional rights, and these answering Defendants were not motivated by evil intent; these answering Defendants' conduct was not deliberately indifferent to "serious medical need(s)," if any, of the Plaintiff.

## EIGHTEENTH AFFIRMATIVE DEFENSE

All or some of Plaintiff's claims based upon alleged violations of civil rights, which are specifically denied by answering Defendants, are not cognizable because they are *de minimus.*

## NINTEENTH AFFIRMATIVE DEFENSE

The actions of these answering Defendants were at all times carried out in good faith. These answering Defendants had an objectively reasonable belief their conduct was lawful at all times stated in Plaintiff's Complaint and Jury Demand.

## TWENTIETH AFFIRMATIVE DEFENSE

These Defendants cannot be liable in litigation pursuant to Title 42 U.S.C. § 1983 for any injury caused by the act or omission of another person under the theory of *respondeat superior*.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff lacks standing to pursue claims in this matter.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to name indispensable parties.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

These answering Defendants are entitled to the protection and rights granted under the Idaho Tort Claims Act, Title 6, Chapter 9, Idaho Code.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

These answering Defendants have not engaged in any conduct that would violate or be contrary to public policy.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

The services provided by these answering Defendants do not render them a "state actor" and/or none of their actions occurred under "color of state law."

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Some or all of the acts or omissions complained of by the Plaintiff against these Defendants did not arise as a result of, nor was there any custom, policy, procedure, agreement, or understanding which deprived the Plaintiff of any civil rights.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

As of the date of this answer, discovery is not complete and these Defendants have had little or no opportunity to ascertain in full, the nature and extent of Plaintiff's allegations.  Subsequently, discovery may disclose the existence of further and additional affirmative defenses, the right to assert which, as the Court may allow by amendment of this answer, these Defendants expressly claim and reserve.  Defendants further reserve the right to supplement, modify and/or delete defenses as may be warranted.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is barred from maintaining this action against these Defendants because these Defendants at all times acted in a reasonable and prudent fashion, satisfying any duty, if any, which it owed under the rules, regulations, statutes, ordinances, customs, policies, and usages of the laws and the applicable standard of care, and no act or omission of these Defendants proximately caused Plaintiff's damages.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are limited or barred because Plaintiff failed to comply with some or all of the requirements in Idaho Code §§ 6-1001 through 6-1013.

### THIRTIETH AFFIRMATIVE DEFENSE

Plaintiff is barred from maintaining this action against these Defendants because Plaintiff has failed to state a claim for relief under Eighth and/or Fourteenth Amendment the of United States Constitution and has not alleged facts which demonstrate that these Defendants acted with deliberate indifference to Plaintiff's medical needs.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

These Defendants are improper parties to this action.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

These Defendants provided proper and appropriate care and treatment to Plaintiff and met all applicable standards of care in doing so, and to the extent required to do so, properly retained, trained and supervised the relevant medical providers at issue in this case. These Defendants had proper customs, policies, procedures and protocols in place regarding the medical care at issue in this case.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims against these Defendants are barred by Idaho Code § 5-219(4) and/or other applicable statutes of limitations.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE

These Defendants deny any wrongdoing, but in the alternative, assert that the facts regarding the medical care Plaintiff received as alleged by Plaintiff would, at most, assert a claim of negligence which is insufficient to give rise to a constitutional claim under 42 U.S.C. § 1983.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE

To the extent these Defendants have been sued in their individual capacities, they are entitled to qualified immunity from Plaintiff's 42 U.S.C. Section 1983 claims.

### THIRTY-SIXTH AFFIRMATIVE DEFENSE

These Defendants may be immune from liability for Plaintiff's state law claims under Idaho Code § 6-904B(5).

### THIRTY-SEVENTH AFFIRMATIVE DEFENSE

At no time did there exist between any Defendants, either individually or in concert or with any other person, an agreement, mutual understanding or meeting of the minds to deprive Plaintiff of his civil rights or otherwise commit a tort against Plaintiff.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

To the extent that these Defendants, if any, may be considered a policymaker for official capacity purposes, there is no liability since no policy, custom or practice led to the deprivation of a constitutional right.

### THIRTY-NINTH AFFIRMATIVE DEFENSE

No action or omission, if any, by any policymaker based upon the information known to him or her constituted improper ratification that resulted in the deprivation of a constitutional right.

WHEREFORE, Defendants pray for judgment as follows:

1.     That Plaintiff's Complaint and Jury Demand be dismissed with prejudice and Plaintiff take nothing thereby;

2.     For costs incurred herein, including reasonable attorney's fees; and

3.    For such other and further relief as may be deemed just and proper.

DATED this ___ day of April, 2021.

TOLMAN BRIZEE & CANNON, P.C.

By: _____
        Jennifer K. Brizee

## DEMAND FOR JURY TRIAL

COMES NOW Defendants, Beverly Lammers, Gilean Goodman, Lora Roberts, Tia Conrad, Thomas Burbie, and Ivy Medical, PLLC, by and through their attorney of record, Jennifer K. Brizee, and demand a jury trial pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

DATED this ___ day of April, 2021.

TOLMAN BRIZEE & CANNON, P.C.

By: _____
        Jennifer K. Brizee

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of April, 2021, I electronically filed the foregoing DEFENDANTS BEVERLY LAMMERS', GILEAN GOODMAN'S, LORA ROBERTS', TIA CONRAD'S, THOMAS BURBIE'S AND IVY MEDICAL, PLLC'S ANSWER TO COMPLAINT AND JURY DEMAND through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kyle R. May
Email: kyle@mrwlaw.net

Michael J. Kane
Email:  mkane@ktlaw.net

Jennifer K. Brizee